IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**BRANDY JOHNSON**                                                                                   **PLAINTIFF**

v.                                  **CASE NO. 3:23-CV-00167-BSM**

**TASTY CHIK'N LLC**                                                                               **DEFENDANT**

### ORDER

The joint motion to set aside the clerk's entry of default [Doc. No. 6] is granted. *See* Fed. R. Civ. P. 55(c).

IT IS SO ORDERED this 2nd day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE