# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**BRANDY JOHNSON**                                                                     **PLAINTIFF**

**v.**                              **CASE NO. 3:23-CV-00167-BSM**

**TASTY CHICK'N LLC**                                                          **DEFENDANT**

## **JUDGMENT**

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 3rd day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE